_____

SO ORDERED,

*Katharine M. Samson* (signature)

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 24, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: STEVEN K. MINER**                                              **CASE NO. 18-50751-KMS**
**DEBTOR**                                                                                     **CHAPTER 7**

### AGREED ORDER ON TRUSTMARK NATIONAL BANK'S OBJECTION TO EXEMPTIONS AND, ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO OBJECT TO EXEMPTIONS

**THIS MATTER** is before the Court on *Trustmark National Bank's Objection to Exemptions and, Alternatively, Motion for Extension of Time to Object to Exemptions* (Dkt. # 31, the "Motion") filed by Trustmark National Bank ("Trustmark"). The Court, having considered the Motion and the record herein, and being advised that Trustmark and Steven K. Miner (the "Debtor") agree to the relief set forth herein, finds that the relief set forth in this Agreed Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the deadline for objecting to the Debtor's claimed exemptions shall be, and it hereby is, extended through and including the *later* of: (a) the date that is 30 days after either the entry of an Order denying the Debtor's *Motion to Convert Chapter 7 to Chapter 11* (Dkt. # 28, the "Motion to Convert") or the withdrawal of the Motion to Convert; *or* (b) the date of any new deadline that may arise under Sections 348(a) and 341(a) of the Bankruptcy Code and Fed. R. Bankr. P. 4003(b) in the event the

above-captioned bankruptcy case is converted to a proceeding under Chapter 11 of the Bankruptcy Code.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order is entered without prejudice to (a) any objections to claimed exemptions Trustmark may hereafter timely raise, whether or not such objections were previously raised in the Motion; or (b) any defenses or responses the Debtor may timely assert in support of claimed exemptions.

##END OF ORDER##

**AGREED TO AND APPROVED FOR ENTRY BY:**

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 109185
Michael D. Anderson, MSB No. 105523
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
manderson@cctb.com
*Counsel for Trustmark*

/s/ Patrick Sheehan
Patrick Sheehan, MSB No. 6747
Sheehan Law Firm
429 Porter Ave.
Ocean Springs, MS 39564
Telephone: (228) 875-0572
pat@sheehanlawfirm.com
*Counsel for the Debtor*