

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 10, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: STEVEN K. MINER                                          **CHAPTER 7**
**CASE NO. 18-50751 KMS**

Dkt.#28

### ORDER TO CONVERTING CHAPTER 7 TO CHAPTER 11

**THIS MATTER** came before the Court upon Debtor's Motion to Convert the Chapter 7 case

to a case under Chapter 11 of the Bankruptcy Code, and the Court finds that the case should be so

converted, and it is therefore:

**ORDERED,** that the above styled and numbered cases is hereby converted to Chapter 11.

**SO ORDERED.**

### # # # END OF ORDER # # #

Submitted by:
Patrick A. Sheehan
Sheehan Law Firm, PLLC
429 Porter Ave.
Ocean Springs, MS 39564
(228) 875-0572
MS Bar No. 6747