___



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 22, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    **STEVEN K. MINER**              **CASE NO. 18-50751-KMS**

    **DEBTOR.**                                      **CHAPTER 11**

To:   Steven K. Miner, Debtor
        Patrick A. Sheehan, Esq.

## ORDER TO SHOW CAUSE

**YOU ARE HEREBY ORDERED TO APPEAR** on September 6, 2018, at 1:30 P.M., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why this case should not be dismissed for failing to pay the required $922.00 filing fee for the Motion to Convert Case from Chapter 7 to Chapter 11 (Dkt. #28) filed on July 3, 2018.

If the $922.00 filing fee is paid before the show cause hearing, the parties are not required to appear at the hearing.

##END OF ORDER##