_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 28, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    Steven K. Miner,                                                    CASE NO. 18-50751 KMS

          DEBTOR(S).                                                      CHAPTER 11

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #51) ("Order") entered on August 22, 2018, regarding why the case should not be dismissed for failure to pay the required $922.00 filing fee for the Motion to Convert Case from Chapter 7 to Chapter 11 (Dkt. #28) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##