Form hn002kms (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Steven K. Miner

        CASE NO. 18−50751−KMS

    DEBTOR.

        CHAPTER 11

## NOTICE OF HEARING AND DEADLINES

    Trustmark National Bank has filed a Motion to Enjoin Debtor and Halstead Bayou, LLC from Withdrawing, Transferring, or Dissipating Certain Deposit and Investment Accounts (the "Motion") (Dkt. #57) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on September 27, 2018, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion , you or your attorney must file a written response explaining your position so that the Court receives it on or before September 20, 2018. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 9/4/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Steven K. Miner, Debtor

Patrick A. Sheehan, Esq.

Kimberly R. Lentz, Trustee

United States Trustee

James Eldred Renfroe, Esq.

Christopher Meredith, Esq.