

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: December 7, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

   STEVEN K. MINER                                   CASE NO. 18-50751 KMS

   DEBTOR .                                               CHAPTER 11

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Debtor's Claim of Exemptions filed by Trustmark National Bank (the "Objection") (Dkt. #82) and the Court having considered the facts herein, finds that the hearing on December 13, 2018, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for February 7, 2019, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841