IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In Re: STEVEN K. MINER            CHAPTER 11
           NO: 18-50751-KMS

## NOTICE

TO THE TRUSTEES AND ALL CREDITORS AND PARTIES-IN-INTEREST:

YOU ARE HEREBY NOTIFIED that STEVEN K. MINER, Debtor, Debtor in the above styled and numbered cause, has through the undersigned counsel, filed with this Court a Motion to Extend Time to File Disclosure Statement and Plan.

Any response to said Motion must be filed in writing with the United States Bankruptcy Court, via ECF if you are registered with the Court's Electronic Case Management system, or in the alternative at the address of 2012 15th Street, Ste. 244, Gulfport, MS 39501 no later than twenty-one (21) days from the date of this Notice. A copy of any such Response shall also be served upon Patrick Sheehan Attorney for the Debtor via ECF or at the address shown below.

In the absence of responses, the Court will rule on the Motion, *ex parte*. Copies of said Motion may be obtained by written request to Attorney Patrick Sheehan, upon payment of copying and mailing expenses. Said Motion is also on file with the United States Bankruptcy Court and is available for review by creditors.

SO NOTICED, this the 10th day of December, 2018.

    /s/ Patrick A. Sheehan
    PATRICK A. SHEEHAN
    Sheehan Law Firm, PLLC
    429 Porter Avenue
    Ocean Springs, MS 39564
    Ph: 228.875.0572 / Fax: 228.875.0895
    MS Bar Number: 6747
    Patrick A. Sheehan, Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: all ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: all parties on the attached mailing matrix.

    By: /s/ *Patrick A. Sheehan*
    Patrick A. Sheehan

429 Porter Avenue
Ocean Springs, MS 39564-3715
(228) 875-0572 / fax (228) 875-0895
pat@sheehanlawfirm.com
MS Bar No.: 6747

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 18-50751-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Mon Dec 10 15:11:37 CST 2018 | (p)BANCORPSOUTH<br>BANKRUPTCY DEPARTMENT<br>P O BOX 4360<br>TUPELO MS 38803-4360 | Trustmark National Bank c/o William H. Leech<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | AT & T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | BancorpSouth<br>P.O. Box 3356<br>Tupelo, MS 38803-3356 | Burdette Dental Lab<br>P.O. Box 364<br>Birmingham, AL 35201-0364 |
| Capital One<br>P.O. Box 30281<br>Salt Lake Cit, UT 84130-0281 | Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Christopher H Meredith<br>Copeland Cook Taylor & Bush<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | Copeland, Cook, Taylor<br>& Bush, PA<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Debbie Miner<br>106 Halstead Rd.<br>Ocean Springs, MS 39564-5315 |
| Department of the Treasury -<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dynaflex<br>P.O. Box 99<br>Saint Ann, MO 63074-0099 |
| Frascogna Courtney LLC<br>P.O. Box 23126<br>Jackson, MS 39225-3126 | Henry Schein Dentistry<br>135 Duryeh Rd.<br>Melville NY 11747-3834 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | Itamar Medical Inc.<br>8421 Upper Union St.<br>Franklin, MA 02038 | James Eldred Renfroe<br>Renfroe & Perilloux, PLLC<br>648 Lakeland East, Suite A<br>Flowood, MS 39232-9574 |
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MS Windstorm<br>State Farm/J W Webb<br>P.O. Box 1710<br>Ocean Springs, MS 39566-1710 | MS Windstorm<br>Thomas Reynolds<br>10401 Boney Ave.<br>Hattiesburg, MS 39401 |
| Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Singing River Health<br>1101 Highway 90<br>Ocean Springs, MS 39564 | Singing River Health<br>Mailstop: 79526847<br>P.O. Box 660940<br>Dallas, TX 75266-0940 |

| | | |
|---|---|---|
| Singing River Health<br>P.O. Box 3495<br>Toledo, OH 43607-0495 | Singing River Health<br>P.O. Box 540<br>Pascagoula, MS 39568-0540 | Somno Med Inc.<br>6513 Wincrest Dr.<br>Ste. 10 C<br>Plano, TX 75024-3052 |
| Terminex<br>1716 Jackson Ave.<br>Pascagoula, MS 39567-4456 | Trustmark Bank<br>P.O. Box 522<br>Jackson, MS 39205-0522 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | US Atty, SD of MS<br>REP: US Small Bus Adm<br>1575 20th Ave.<br>Gulfport, MS 39501-2040 | US Small Bus Adm<br>801 Tom Martin Dr.<br>Ste. 120<br>Birmingham, AL 35211-6424 |
| US Small Business Administration (Federal government agency)<br>US Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | William H. Leech<br>P.O. Box 6020<br>600 Concourse, Suite 100<br>1076 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8832 |
| Franklin E. Leach<br>103 Rouselle Place<br>Suite D<br>Ocean Springs, MS 39564-3077 | Patrick A. Sheehan<br>429 Porter Avenue<br>Ocean Springs, MS 39564-3715 | Steven K. Miner<br>106 Halstead Rd.<br>Ocean Springs, MS 39564-5315 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BancorpSouth Bank<br>P.O. Box 4360<br>Tupelo, MS 38803 | (d)BancorpSouth Bank<br>P.O. Box 789<br>Tupelo, MS 38802-0789 | (d)BANCORPSOUTH BANK<br>P. O. BOX 4360<br>TUPELO MS 38803 |
| (d)BancorpSouth Bank<br>BancorpSouth Mortgage Center<br>P.O. Box 789<br>Tupelo, MS 38802 | Discover<br>P.O. Box 30943<br>Salt Lake Cit, UT 84130-0943 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     0<br>Total                  44 | |