UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     STEVEN K. MINER     CASE NO.   18-50751-KMS

DEBTOR(S)     CHAPTER   11

### UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT AND PLAN

COMES NOW David W. Asbach, Acting United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Objection to the Debtor's Motion to Extend Time to File Disclosure Statement and Plan (DKT. #106), and in support thereof respectfully submits the following:

1. The Debtor filed this case as a chapter 7 proceeding on April 17, 2018. The case converted to chapter 11 on August 10, 2018.

2. The Debtor has not filed any monthly operating reports ("MOR") in this case. Without all MORs to review, interested parties are unable to assess whether the Debtor's financial condition is capable of reorganization.

3. The UST requests that no extension of time be granted until the Debtor files all delinquent MORs, and all of the MORs contain all the requisite information in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11").

4. The UST reserves the right to provide additional grounds at any hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court deny the Debtor's motion. The United States Trustee also prays for all general relief to

1

which entitled in these premises.

  RESPECTFULLY SUBMITTED, this the <u>18th</u> day of December, 2018.

                DAVID W. ASBACH
                Acting United States Trustee
                Region 5, Districts of
                Louisiana and Mississippi

          By: */s/Christopher J. Steiskal, Sr.*
             CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing pleading has been served on the below-named individual(s) this day via first class U.S. Mail at the address listed below or electronically served via the electronic mail address on file with the Court's CM/ECF system:

Patrick A. Sheehan

  DATED, this the <u>18th</u> day of December, 2018.

                */s/Christopher J. Steiskal, Sr.*
                CHRISTOPHER J. STEISKAL, SR.